**UNITED STATES DISTRICT COURT**
**PROBATION AND PRETRIAL SERVICES**
**NORTHERN DISTRICT OF TEXAS**

U.S.A. vs Theodore Thomas Docket No. 3:23-CR-00235(5)

# Petition for Action on Conditions of Pretrial Release

COMES NOW Danny McMillan, Senior U.S. Probation Officer, presenting a request for the release of pretrial supervision records of defendant, Theodore Thomas (Mr. Thomas), who was placed under pretrial supervision by U.S. Magistrate Judge Rebecca Rutherford sitting in the Court at Dallas, Texas, on February 19, 2025.

On December 8, 2025, the United States Probation Office in Dallas received a Subpoena to appear on December 12, 2025, at 8:00 AM, to testify as a witness on behalf of Markies Conway, the defendant in Criminal Docket No. F-2500154, in the Criminal District Court Number 7, in Dallas County, Texas. The Subpoena demands the probation office provide a complete copy of Mr. Thomas' Pretrial Services file (monthly reports, drugs tests, and outside correspondence or complaints), to defense private investigator, Marissa Wallace. The Subpoena appears to be in reference to Mr. Thomas' involvement as a witness in the Capital Murder trial of Markies Conway.

The probation office respectfully recommends the Court deny the release of the above defendant's pretrial records. Confidentiality of pretrial services information is important to promote a candid and truthful relationship between the defendant (Mr. Thomas) and his supervision officer in order to obtain the most complete and accurate information possible for the Court. The defendant's records contain sensitive information. Furthermore, the defendant is not under criminal investigation in relation to the charges involving Markies Conway in Case No. F-2500154. Pursuant to 18 U.S.C. 3153, the release of confidential pretrial information shall only be released under certain circumstances. Here, the Subpoena served upon the U.S. Probation Office does not establish good cause for the release of pretrial services information.

Praying That the Court Will Order the denial of the request for release of the Pretrial Supervision file

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 11, 2025

Danny McMillan
Senior U.S. Probation Officer
Phone: 469-994-4118
Dallas, Texas

Approved,

Daniel Jones
Supervising U.S. Probation Officer
Phone: 214-753-2500

**ORDER**

Having considered the report of the probation office pertaining to defendant, Theodore Thomas, the Court:

☒ Agrees with the recommendation of the Probation Officer to deny the request for the release of pretrial records.

☐ Disagrees with the recommendation of the Probation Officer and orders the U.S. Probation Office to comply with the request for pretrial records.

☐ Other:

☐ File under seal until further order of the Court.

David C. Godbey
Senior U.S. District Judge

December 12, 2025
Date