IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>THEODORE THOMAS,<br>Defendant. | **Case No. 3:23-cr-00235-N-5**<br>Dallas, Texas<br>December 17, 2025<br>10:00 a.m. Docket<br>STEPS HEARING |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE REBECCA RUTHERFORD,
UNITED STATES MAGISTRATE JUDGE.

ATTENDEES:

For the Government: Rick Calvert
UNITED STATES ATTORNEY'S OFFICE
1100 Commerce Street, Third Floor
Dallas, TX 75242
(214) 659-8600

For the Defendant: Maria Pedraza
FEDERAL PUBLIC DEFENDER'S OFFICE
525 S. Griffin Street, Suite 629
Dallas, TX 75202
(214) 767-2746

For U.S. Probation and and Pretrial Services: Danny McMillian
Ashley Scroggins
Bruno Perez
Annie Fuentes

Recorded by: Lavenia Price
UNITED STATES DISTRICT COURT
1100 Commerce Street, Room 1452
Dallas, TX 75242-1003
(214) 753-2168

Transcribed by: Kathy Rehling
311 Paradise Cove
Shady Shores, TX 76208
(972) 786-3063

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

DALLAS, TEXAS - DECEMBER 17, 2025 - 10:40 A.M.

THE COURT: Mr. Thomas?

THE DEFENDANT: How you doing?

THE COURT: Good. How are you doing?

THE DEFENDANT: I'm doing pretty good.

THE COURT: All right. So, tell me about the past month.

THE DEFENDANT: Well, I finished up the class.

THE COURT: Congratulations. You finished the MRT Program?

THE DEFENDANT: MRT part of the class, yeah.

THE COURT: MRT? Yes. You're not done with STEPS.

THE DEFENDANT: Yeah. I was going to -- I just always --

THE COURT: You can't trick me.

(Laughter.)

THE COURT: Did you guys see that? Yeah, no, you're not skipping the line. You've got to stay in. But you did finish MRT? That's an accomplishment.

THE DEFENDANT: Yes, ma'am.

THE COURT: Congratulations.

THE DEFENDANT: And it's been a good month. You know, we -- my company, they -- we was going to have a union come in and we supposed to be going to vote for a union to come in. So that's, you know, that's always good, you know.

Well, that's what everybody tells me, that, you know, you want to work with the union. So, you know, that's good.

Just getting, you know, used to all the new responsibilities that I got in my job, you know. But it's starting to settle in.

THE COURT: Okay. You feel like you've got the tools you need to succeed there?

THE DEFENDANT: Yeah. It's really just -- I'm now realizing it just ain't all about me and my performance. I've got to, you know, make sure everything on time, make sure if they need help. It's a lot of responsibility, but it keeps me going and so I like it.

And I, now I don't have to load trucks at all, so all I got to do is help, make sure everything on time. I might load -- I do load, though, still, at the end of the night, just whoever got an extra truck, I take all the extra trucks. But I don't have to load at all.

THE COURT: Well, that's pretty nice. And you know that you can always talk to the team if you need any ideas or help working through anything that you might encounter with your team at work, right?

THE DEFENDANT: Yes, sir. I mean, yes, ma'am. I be talking to Mr. McMillian when I be, you know, whenever, though. Like, I call sometimes 8:00, 9:00 o'clock, you know. He answers. So he like another friend.

THE COURT: Yes. He's got a lot of experience, and he's seen people do it the easy way and do it the hard way, and he's always very generous in letting us all know if we're doing it the hard way, so we can save ourselves. I mean, if someone's going to tell me there's an easy way to do it, I think I'm going to listen, because I've done enough things the hard way. And if someone else is going to tell me that's the hard way and there's an easier way, I want to know the easier way.

THE DEFENDANT: Right.

THE COURT: And I think Mr. McMillian has a lot of experience with and observation of the hard way. So thank you for using him as a resource.

And are you thinking about, as you go forward, how you might be able to replace Mr. McMillian? Do you have other people that you've started to identify that can give you that kind of support and insight?

THE DEFENDANT: Well, yeah, I got -- I have made a partner at work, you know. At first, I ain't -- I ain't never been big on new friends. So, but I made a -- like I said, me and him been, you know, going to click real tight, you know, with some of the same situations. He ain't been through what I've been through, but, you know, he's been in the work field before and he kind of been helping me, guide me through that. So that's, that's pretty cool. Like, I talk to him a lot,

too.

THE COURT: That's good. You seem like you're pretty open to talking to people and listening to them, --

THE DEFENDANT: It's a new world, so --

THE COURT: -- even though you're not big on new friends.

THE DEFENDANT: Yeah, it's a new world. I had -- it didn't -- it didn't start it. It wasn't like that in the beginning. But I've been opening up all the time, you know, trying to get settled in with being out.

THE COURT: Do you anticipate any particular challenges in the next month or in the new year?

THE DEFENDANT: No. Like I was saying in class earlier, I just, you know, I didn't -- I was just setting my foundation right now. You know, I've been laying the ceiling down. I've been working, working, working. You know, so just make sure -- I just plan on, you know, doing the open things. Like, you know, going out, meet new people. You know, trying different stuff. You know, quit being so boxed in.

THE COURT: Okay. Good. And as you do that, I hope you continue to visit with Mr. McMillian and some of the other people in the program. And they can share where, if they did more things that they -- how to do more things and still keep it kind of within the lines so you are able to finish the program and then have success after STEPS, right?

THE DEFENDANT: Right.

THE COURT: That's the goal, --

THE DEFENDANT: Right.

THE COURT: -- that you get through this and you get that fresh start and you really succeed with a fresh start.

THE DEFENDANT: Right.

THE COURT: Good. All right. Mr. McMillian, do you have any response, want to defend yourself?

OFFICER MCMILLIAN: Mr. Thomas, you caught me on a good day. That's why I asked you --

(Laughter.)

OFFICER MCMILLIAN: No. I mean, just sometimes going through it, and then sometimes just going to work and going home and just handling the basics, sometimes that's good. Sometimes we need that in our lives.

But, I mean, I appreciate the fact that you know, like, we're human beings, I mean, we need relationships, we need people, need a tribe. And you know, you've made that a goal for yourself at the start, now a little bit more. And that's commendable. You know, do that. But as Judge was alluding to you, find some safe people to be around, like some people that you don't end up in cases with.

THE DEFENDANT: Right. Right.

OFFICER MCMILLIAN: You know, that's the objective, is, you know, I know Mr. Locke is mountain biking. Find new

sorts of things that you don't even know, like, go hiking. You know, find a hiking group or walking group, you know, and walk around DFW. Just experiment. Like, when you're looking for like what do you want to do, experiment, because that's finding the positive pro-social way to be around people but then also kind of elevate your life. Because once you're around those types of people, I mean, there's all kinds of people, from all businesses, who are financial investors, real estate investors. You're just around a whole bunch of different types of people now, to where you can start growing as an individual. Because you'll never be the smartest person in the whole --

THE DEFENDANT: Right.

OFFICER MCMILLIAN: That's why I hang around with Ms. Scroggins a lot. She's much smarter than I.

So I feel like, you know, the sky's the limit for you. I mean, you have a lot of potential. I'm glad that you're doing what really well in your job. But (inaudible).

OFFICER FUENTES: I want to commend you real quick -- I know I told you last week -- for all the hard work that you've put into MRT. I know I have mentioned, from the person that you were from the beginning to finishing MRT, you have grown so much. You saw the opportunity that was given to you and you kind of took it and ran with it. And so I can't wait to see what the future holds for you.

THE DEFENDANT: Thank you.

OFFICER FUENTES: (inaudible) Mr. Thomas -- MRT specifically --

THE DEFENDANT: Thank you.

THE COURT: All right. So like a pre-graduation, a mini-graduation.

THE DEFENDANT: Right.

THE COURT: Anybody, any of our participants, especially those of you who have been in before Mr. Thomas came, have you also noticed a change in him since he's been in the program?

MS. DE LA GARZA: Yes.

THE COURT: You have?

MS. DE LA GARZA: And congratulations.

THE DEFENDANT: Thank you.

MS. DE LA GARZA: (inaudible)

THE COURT: And that's nice to hear, isn't it, --

THE DEFENDANT: Yes, ma'am.

THE COURT: -- that other people notice?

THE DEFENDANT: Yes, ma'am.

THE COURT: All right. Good work.

(Proceedings concluded at 10:47 a.m.)

--oOo--

///

///

CERTIFICATE

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

**/s/ Kathy Rehling** **01/05/2026**

______________________________ ______________

Kathy Rehling, CETD-444 Date
Certified Electronic Court Transcriber

INDEX

PROCEEDINGS 2
WITNESSES
-none-
EXHIBITS
-none-
RULINGS
END OF PROCEEDINGS 8
INDEX 10