IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THEODORE THOMAS (5)<br>a.k.a. “Bodega” | No. 3:23-CR-235-N |

**GOVERNMENT'S MOTION TO DISMISS INDICTMENT**

Pursuant to Rule 48(a), Fed.R.Crim.P., the United States of America moves this Court to dismiss the Indictment as to the defendant, Theodore Thomas. The defendant has successfully completed Track 1 of the Sentencing to Equip People for Success Program (“STEPS”). The government submits that the interests of justice would be served by granting this motion.

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

MYRIA BOEHM
Assistant United States Attorney
Northern District of Texas
Texas State Bar #24069949
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Tele.: 214-659-8600 // Fax: 214-659-8812