IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

THEODORE THOMAS (5)
a.k.a. "Bodega"

No. 3:23-CR-235-N

# ORDER

The Court has considered the government's motion to dismiss the indictment presented on May 26, 2026, and finds that it is meritorious. Accordingly, it is hereby ORDERED that the indictment be dismissed as to Theodore Thomas.

**Signed** this the 27th day of May 2026.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS